The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In re DENDREON CORPORATION CLASS ACTION LITIGATION | MASTER DOCKET NO. C11-01291JLR<br><br>(consolidated with Nos. C11-1294JLR and C11-1568JLR) |
|---|---|
| This Document Relates To:<br><br>ALL ACTIONS | **CLASS ACTION**<br><br>**JOINT STATUS REPORT** |
**JOINT STATUS REPORT**

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1    The parties submit this Joint Status Report, as requested by the Court, to provide an update on the status of their March 5, 2013 mediation.  *See* ECF No. 94.  The March 5, 2013 mediation was held, as scheduled, in order to follow-up on the parties' ongoing settlement discussions, including a prior mediation held on January 15, 2013.  As reported in a telephone call to Chambers on March 18, 2013, following extensive discussions and negotiations overseen by the Honorable Layn Phillips (Fmr.), the parties reached an agreement in principle to settle the litigation.  The parties are currently preparing a formal stipulation of settlement and related motion for preliminary approval, which they anticipate filing with the Court in the next several weeks.

Dated:  March 19, 2013

Respectfully submitted,

By:   */s/ Blair A. Nicholas*
       BLAIR A. NICHOLAS

BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
Blair A. Nicholas (Admitted *Pro Hac Vice*)
Niki L. Mendoza
David R. Kaplan (Admitted *Pro Hac Vice*)
Jonathan D. Uslaner (Admitted *Pro Hac Vice*)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:    (858) 793-0323
Email:  blairn@blbglaw.com
        nikim@blbglaw.com
        davidk@blbglaw.com
        jonathanu@blbglaw.com

*Counsel for Lead Plaintiff SamCERA and Lead Counsel for the Class*

Juli E. Farris, #17593
Elizabeth A. Leland, #23433
KELLER ROHRBACK LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101

**JOINT STATUS REPORT**

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Tel:   (206) 623-1900  
Fax:   (206) 623-3384  
Email: jfarris@kellerrohrback.com  
          bleland@kellerrohrback.com

*Local Counsel for Lead Plaintiff SamCERA*

By:   */s/ Norman J. Blears*  
      NORMAN J. BLEARS

HOGAN LOVELLS US LLP  
Norman J. Blears (Admitted *Pro Hac Vice*)  
Michael L. Charlson (Admitted *Pro Hac Vice*)  
525 University Avenue  
Palo Alto, CA 94301  
Tel:   (650) 463-4000  
Email: norman.blears@hoganlovells.com  
          Michael.charlson@hoganlovells.com

Robin E. Wechkin, #24746  
8426 316th Place S.E.  
Issaquah, WA 98027  
Tel:   (425) 222-0595  
Email: robin.wechkin@hoganlovells.com

*Counsel for Defendants Dendreon Corporation, Mitchell Gold, Gregory Schiffman and Hans Bishop*

**JOINT STATUS REPORT**

LAW OFFICES OF  
**KELLER ROHRBACK L.L.P.**  
1201 THIRD AVENUE, SUITE 3200  
SEATTLE, WASHINGTON 98101-3052  
TELEPHONE: (206) 623-1900  
FACSIMILE: (206) 623-3384

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following ECF participants:

Benjamin T. Diggs     benjamin.diggs@hoganlovells.com, bea.goncalves@hoganlovells.com

Blair A. Nicholas    blairn@blbglaw.com, denab@blbglaw.com, Jessica.Cuccurullo@blbglaw.com

Dan Drachler     ddrachler@zsz.com

David R. Kaplan    davidk@blbglaw.com

Derek W. Loesser    dloesser@kellerrohrback.com

Elizabeth Ann Leland     bleland@kellerrohrback.com, dwilcher@kellerrohrback.com

Imanta F. Holmquist     imants@lawhg.net

Jeffrey C. Grant     jgrant@skellengerbender.com, jsprenger@skellengerbender.com

Jonathan D. Uslaner     jonathanu@blbglaw.com

Juli E. Farris    jfarris@kellerrohrback.com

Karl Phillip Barth     karlb@hbsslaw.com, dawn@hbsslaw.com, shelby@lmbllp.com, shelbys@hbsslaw.com

Laurence Reza Wrathall     laurence.wrathall@blbglaw.com

Michael Charlson     michael.charlson@hoganlovells.com, dede.salvi@hoganlovells.com, ky-yen.wong@hoganlovells.com, michael.ewers@hoganlovells.com

Michael D. McKay     mdm@mckay-chadwell.com, eep@mckay-chadwell.com, hgr@mckay-chadwell.com

Norman J. Blears     norman.blears@hoganlovells.com, dede.salvi@hoganlovells.com

Peter E. Borkon     peterb@hbsslaw.com, pashad@hbsslaw.com

Reed R. Kathrein     reed@hbsslaw.com, pashad@hbsslaw.com, sf_filings@hbsslaw.com

Robin Wechkin     robin.wechkin@hoganlovells.com, ky-yen.wong@hoganlovells.com

**JOINT STATUS REPORT**

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1 | Roger M. Townsend    rtownsend@bjtlegal.com, admin@bjtlegal.com

2 | Steve W. Berman    steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

*/s/ Blair A. Nicholas*
BLAIR A. NICHOLAS

**JOINT STATUS REPORT**

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384