The Honorable James L. Robart

ENTERED
FILED    RECEIVED
LODGED

AUG - 2 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON    DEPUTY

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10  | In re DENDREON CORPORATION CLASS   |   MASTER DOCKET NO. C11-01291JLR
11  | ACTION LITIGATION

(Consolidated with Nos. C11-1294JLR and
C11-1568JLR)

13  | This Document Relates To:   |   **CLASS ACTION**

14  ALL ACTIONS

[PROPOSED] ORDER APPROVING
PLAN OF ALLOCATION



15
16
17
18
19
20
21
22

**11-CV-01291-ORD**

23
24
25
26

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
12481 HIGH BLUFF DRIVE, SUITE 300
SAN DIEGO, CALIFORNIA 92130-3582
TELEPHONE: (858) 793-0070
FACSIMILE: (858) 793-0323

1      Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of
2  Allocation (the "Motion," ECF No. 101) duly came before the Court for hearing on
3  August 2, 2013.   The Court has considered the Motion and all supporting and other related
4  materials, including the matters presented at the August 2, 2013 hearing. Due and adequate notice
5  having been given to the Class as required by the Court's Order Preliminarily Approving
6  Settlement, Certifying Class, Providing for Notice and Scheduling Settlement Hearing dated
7  April 26, 2013 (ECF No. 98), and the Court having considered all papers filed and proceedings had
8  herein and otherwise being fully informed in the proceedings and good cause appearing therefor;

9      NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

10     1.    This Order incorporates by reference the definitions in the Stipulation of Settlement
11  (the "Stipulation," ECF No. 97), and all capitalized terms used, but not defined herein, shall have
12  the same meanings as in the Stipulation.

13     2.    This Court has jurisdiction over the subject matter of the Litigation and over all
14  parties to the Litigation, including all Members of the Class.

15     3.    Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil
16  Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all
17  persons and entities who are Class Members, advising them of the Plan of Allocation and of their
18  right to object thereto, and a full and fair opportunity was accorded to all such persons and entities
19  to be heard with respect to the Plan of Allocation.

20     4.    The Court hereby finds and concludes that the formula for the calculation of the
21  claims of Authorized Claimants (the "Plan of Allocation") which is set forth in the Notice of
22  Pendency of Class Action and Proposed Settlement, Settlement Hearing, and Motion for
23  Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice") provides a fair and
24  equitable basis upon which to allocate the proceeds of the Net Settlement Fund among the Class
25  Members who submit valid Claim Forms.

26

[PROPOSED] ORDER APPROVING
PLAN OF ALLOCATION
MASTER DOCKET NO. C11-01291JLR

1

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
12481 HIGH BLUFF DRIVE, SUITE 300
SAN DIEGO, CALIFORNIA 92130-3582
TELEPHONE: (858) 793-0070
FACSIMILE: (858) 793-0323

1       5.      The Court hereby finds and concludes that the Plan of Allocation is, in all respects,

2    fair and equitable to the Class.  Accordingly, the Court hereby approves the Plan of Allocation

3    proposed by Lead Plaintiff.

4       6.      The finality of the Judgment entered with respect to the Settlement shall not be

5    affected in any manner by this Order, or any appeal from this Order approving the Plan of

6    Allocation.

8       IT IS SO ORDERED.

9    DATED: ___August 2, 2013___

              HONORABLE JAMES L. ROBART
              UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER APPROVING
PLAN OF ALLOCATION
MASTER DOCKET NO. C11-01291JLR

2

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
12481 HIGH BLUFF DRIVE, SUITE 300
SAN DIEGO, CALIFORNIA 92130-3582
TELEPHONE:  (858) 793-0070
FACSIMILE:  (858) 793-0323

1   Presented by:

2   BERNSTEIN LITOWITZ BERGER
        & GROSSMANN LLP
3

4       _s/ Blair A. Nicholas_____
            BLAIR A. NICHOLAS
5

6   BLAIR A. NICHOLAS
    NIKI L. MENDOZA
7   DAVID KAPLAN
    JONATHAN USLANER
8   12481 High Bluff Drive, Suite 300
    San Diego, CA 92130
9   Tel: (858) 793-0070
    Fax: (858) 793-0323
10  Email: blairn@blbglaw.com
            nikim@blbglaw.com
11          davidk@blbglaw.com
            jonathanu@blbglaw.com
12

13  *Lead Counsel for Lead Plaintiff
    and the Class*
14

15  KELLER ROHRBACK L.L.P.

16  JULI E. FARRIS, #17593
17  DEREK W. LOESER #24274
    ELIZABETH A. LELAND, #23433
18  1201 Third Avenue, Suite 3200
    Seattle, WA 98101
19  Tel: (206) 623-1900
    Fax: (206) 623-3384
20  Email: jfarris@kellerrohrback.com
            dloeser@kellerrohrback.com
21          bleland@kellerrohrback.com
22

23  *Liaison Counsel for the Class*

24

25

26

[PROPOSED] ORDER APPROVING          3
PLAN OF ALLOCATION
MASTER DOCKET NO. C11-01291JLR

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
12481 HIGH BLUFF DRIVE, SUITE 300
SAN DIEGO, CALIFORNIA 92130-3582
TELEPHONE: (858) 793-0070
FACSIMILE: (858) 793-0323