The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re DENDREON CORPORATION CLASS ACTION LITIGATION | MASTER DOCKET NO. C11-01291JLR<br><br>(Consolidated with Nos. C11-1294JLR and C11-1568JLR) |
| This Document Relates To:<br><br>ALL ACTIONS | **CLASS ACTION**<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES |

11-CV-01291-PET

[PROPOSED] ORDER GRANTING ATTORNEYS'
FEES AND REIMBURSEMENT OF EXPENSES
MASTER DOCKET NO. C11-01291JLR

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
12481 HIGH BLUFF DRIVE, SUITE 300
SAN DIEGO, CALIFORNIA 92130-3582
TELEPHONE: (858) 793-0070
FACSIMILE: (858) 793-0323

WHEREAS, Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses (the "Fee Motion," ECF No. 102)[1] came before the Court for hearing on August 2, 2013, pursuant to the Court's Order Preliminarily Approving Settlement, Certifying Class, and Providing Notice and Scheduling Settlement Hearing dated April 26, 2013 ("Preliminary Approval Order," ECF No. 98), and due and adequate notice having been given to the Class as required in the Preliminary Approval Order, and the Court, having read and considered the Fee Motion and supporting declarations and exhibits and being fully informed of the related proceedings, now FINDS, CONCLUDES AND ORDERS as follows:

1. This Order incorporates by reference the definitions in the Stipulation of Settlement (the "Stipulation," ECF No. 97), and all capitalized terms used, but not defined herein, shall have the same meanings as in the Stipulation.

2. This Court has jurisdiction over the subject matter of the Litigation and over all parties to the Litigation, including all Members of the Class.

3. Notice of the Fee Motion was directed to Class Members in a reasonable manner and complies with Rule 23(h)(1) of the Federal Rules of Civil Procedure.

4. Class Members and any party from whom payment is sought have been given the opportunity to object to the Fee Motion in compliance with Federal Rule of Civil Procedure 23(h)(2).

5. The Fee Motion is hereby GRANTED.

6. The Court hereby awards attorneys' fees in the amount of $4,386,646.11, which is 11% of the Settlement Fund net of Plaintiffs' Counsel's Court-approved litigation expenses. The Court finds that an award of attorneys' fees of 11% is fair and reasonable in light of the following factors, among others: the contingent nature of the case; the risks of this complex litigation; the quality of the legal services rendered; the benefits obtained for the Class; the institutional Lead Plaintiff's support of the fee and expense application; the fees awarded in similar actions; and the

---

[1] As amended per Liaison Counsel's notice of errata.

[PROPOSED] ORDER GRANTING ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES
MASTER DOCKET NO. C11-01291JLR

1

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
12481 HIGH BLUFF DRIVE, SUITE 300
SAN DIEGO, CALIFORNIA 92130-3582
TELEPHONE: (858) 793-0070
FACSIMILE: (858) 793-0323

reaction of the Class. Further, the requested award of attorneys' fees is also supported by a lodestar multiplier cross-check. The fee award is further justified by the risk Plaintiffs' Counsel undertook and the results they achieved for the Class through the quality of their representation of Lead Plaintiff and the Class in this complex Litigation.

7. The Court also grants Lead Counsel's request for reimbursement of Plaintiffs' Counsel's litigation expenses in the amount of $121,399.00. The litigation expenses incurred by Plaintiffs' Counsel have been adequately documented and were reasonably incurred for the benefit of the Class, and the Court finds that reimbursement of those expenses is justified.

8. The Court also grants Lead Plaintiff San Mateo County Employees' Retirement Association's request for reimbursement of $6,511.84 for costs incurred by Lead Plaintiff directly related to its representation of the Class. The Court finds that Lead Plaintiff's contribution to the Litigation and settlement process warrants reimbursement of costs incurred by Lead Plaintiff.

9. Interest is awarded on the amounts awarded above in Paragraphs 6, 7, and 8, at the same rate and for the same periods as earned by the Settlement Fund.

10. Pursuant to Paragraph 6.2 of the Stipulation, the attorneys' fees and expenses awarded in Paragraphs 6-9 of this Order may be paid to Lead Counsel from the Escrow Account immediately after entry of this Order, notwithstanding the existence of any timely filed objections thereto, or potential for appeal therefrom, or collateral attack on the Settlement or any part thereof, subject to Lead Counsel's obligation to repay all such amounts pursuant to Paragraph 6.3 of the Stipulation.

11. Pursuant to Paragraph 6.5 of the Stipulation, Lead Counsel shall have the sole authority and responsibility to allocate the Court-awarded attorneys' fees and litigation expenses amongst Plaintiff's Counsel in a manner which Lead Counsel, in good faith, believes reflects the contributions of such counsel to the prosecution and settlement of the Litigation.

12. The finality of the Judgment entered with respect to the Settlement shall not be affected in any manner by this Order, or an appeal from this Order.

[PROPOSED] ORDER GRANTING ATTORNEYS'
FEES AND REIMBURSEMENT OF EXPENSES
MASTER DOCKET NO. C11-01291JLR

2

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
12481 HIGH BLUFF DRIVE, SUITE 300
SAN DIEGO, CALIFORNIA 92130-3582
TELEPHONE: (858) 793-0070
FACSIMILE: (858) 793-0323

13. There is no just reason for delay in the entry of this order, and immediate entry of this Order by the Clerk of the Court is expressly directed.

IT IS SO ORDERED.

DATED: August 2, 2013

HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES
MASTER DOCKET NO. C11-01291JLR

3

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
12481 HIGH BLUFF DRIVE, SUITE 300
SAN DIEGO, CALIFORNIA 92130-3582
TELEPHONE: (858) 793-0070
FACSIMILE: (858) 793-0323

Presented by:

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP

　　　*s/ Blair A. Nicholas*
　　　BLAIR A. NICHOLAS

BLAIR A. NICHOLAS
NIKI L. MENDOZA
DAVID KAPLAN
JONATHAN USLANER
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
Email: blairn@blbglaw.com
　　　　nikim@blbglaw.com
　　　　davidk@blbglaw.com
　　　　jonathanu@blbglaw.com

*Lead Counsel for Lead Plaintiff
and the Class*


KELLER ROHRBACK L.L.P.

JULI E. FARRIS, #17593
DEREK W. LOESER #24274
ELIZABETH A. LELAND, #23433
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384
Email: jfarris@kellerrohrback.com
　　　　dloeser@kellerrohrback.com
　　　　bleland@kellerrohrback.com

*Liaison Counsel for the Class*

[PROPOSED] ORDER GRANTING ATTORNEYS'
FEES AND REIMBURSEMENT OF EXPENSES
MASTER DOCKET NO. C11-01291JLR

4

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
12481 HIGH BLUFF DRIVE, SUITE 300
SAN DIEGO, CALIFORNIA 92130-3582
TELEPHONE: (858) 793-0070
FACSIMILE: (858) 793-0323