FILED ——— ENTERED
LODGED ——— RECEIVED

AUG - 2 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                          DEPUTY

The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re DENDREON CORPORATION CLASS ACTION LITIGATION | MASTER DOCKET NO. C11-01291JLR<br><br>(Consolidated with Nos. C11-1294JLR and C11-1568JLR) |
| This Document Relates To: | **CLASS ACTION** |
| ALL ACTIONS | [~~PROPOSED~~] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE |





**11-CV-01291-PRAE**

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
12481 HIGH BLUFF DRIVE, SUITE 300
SAN DIEGO, CALIFORNIA 92130-3582
TELEPHONE: (858) 793-0070
FACSIMILE: (858) 793-0323

[PROPOSED] FINAL JUDGMENT
MASTER DOCKET NO. C11-01291JLR

1    This matter came before the Court for hearing pursuant to the Order of this Court, dated
2  April 26, 2013 ("Preliminary Approval Order"), on the application of the Lead Plaintiff for
3  approval of the Settlement set forth in the Stipulation of Settlement (the "Stipulation"). Full and
4  adequate notice having been given to the Class as required in the Court's Preliminary Approval
5  Order, and the Court having considered all papers filed and proceedings held herein and otherwise
6  being fully informed in the premises and good cause appearing therefor,

7    NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

8    1.    This Judgment incorporates by reference the definitions in the Stipulation, and all
9  capitalized terms used, but not defined herein, shall have the same meanings as in the Stipulation.

10    2.    This Court has jurisdiction over the subject matter of the Litigation and over all
11  parties to the Litigation, including all Members of the Class.

12    3.    Pursuant to Rule 23 of the Federal Rules of Civil Procedure, this Court hereby
13  certifies the Litigation as a class action for settlement purposes only. The Class consists of all
14  Persons who purchased or otherwise acquired Dendreon common stock between April 29, 2010
15  and August 3, 2011, inclusive, and who were damaged thereby. Excluded from the Class are
16  Defendants, the officers and directors of Dendreon at all relevant times, members of their
17  Immediate Families and their legal representatives, heirs, successors or assigns and any entity in
18  which Defendants have or had a controlling interest. Also excluded from the Class are those
19  persons who validly requested exclusion from the Class in accordance with the requirements set
20  forth in the Preliminary Approval Order, a list of whom is attached hereto as Exhibit 1.

21    4.    With respect to the Class, this Court finds, solely for the purposes of settlement,
22  that:

23        (a) the Members of the Class are so numerous that joinder of all Class Members in
24      the Litigation is impracticable;

25        (b) there are questions of law and fact common to the Class;

26        (c) the claims by Lead Plaintiff are typical of the claims of the Class;

1

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
12481 HIGH BLUFF DRIVE, SUITE 300
SAN DIEGO, CALIFORNIA 92130-3582
TELEPHONE:  (858) 793-0070
FACSIMILE:  (858) 793-0323

1    (d) Lead Plaintiff and Lead Counsel have and will fairly and adequately represent

2    and protect the interests of the Class Members;

3    (e) the questions of law and fact common to the Members of the Class predominate

4    over any questions affecting only individual members; and

5    (f) a class action is superior to other available methods for the fair and efficient

6    adjudication of the controversy, considering:  (i) the interests of the Class Members in

7    individually controlling the prosecution of separate actions; (ii) the extent and nature of any

8    litigation concerning the controversy already commenced by Class Members; and (iii) the

9    desirability or undesirability of concentrating the litigation of these claims in this particular

10   forum.

11   5.    Pursuant to Federal Rule of Civil Procedure 23, this Court hereby approves the

12   Settlement set forth in the Stipulation and finds that the Settlement is, in all respects, fair,

13   reasonable and adequate to Lead Plaintiff and the Class.   The Court further finds that the

14   Settlement set forth in the Stipulation is the result of arm's-length negotiations between

15   experienced counsel representing the interests of the Settling Parties and is in the best interest of

16   the Class. The Court further finds that Lead Plaintiff and Defendants have adequately evaluated

17   and considered their positions. Accordingly, the Settlement embodied in the Stipulation is hereby

18   finally approved in all respects. The Settling Parties are hereby directed to perform its terms.

19   6.    Except as to any individual claim of those Persons who have validly and timely

20   requested exclusion from the Class (identified in Exhibit 1 hereto), the Litigation is dismissed with

21   prejudice.  The Settling Parties are to bear their own costs, except as otherwise provided in the

22   Stipulation.

23   7.    Pursuant to this Judgment, upon the Effective Date, (a) Lead Plaintiff and Lead

24   Counsel, on behalf of itself or themselves and its or their heirs, executors, administrators,

25   successors and assigns, in their respective capacities as such, shall, and (b) each and every Class

26   Member, on behalf of itself, himself or herself and their respective heirs, executors, administrators,

2

[PROPOSED] FINAL JUDGMENT
MASTER DOCKET NO. C11-01291JLR

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
12481 HIGH BLUFF DRIVE, SUITE 300
SAN DIEGO, CALIFORNIA 92130-3582
TELEPHONE: (858) 793-0070
FACSIMILE: (858) 793-0323

successors and assigns, in their respective capacities as such, shall be deemed to have—and by operation of this Judgment shall have—fully, finally, and forever released, relinquished, discharged and dismissed each and every one of the Released Claims (as defined in the Stipulation) against each and every one of the Released Persons (as defined in the Stipulation), whether or not such Class Member executes and delivers the Claim Form, and whether or not such Class Member shares in the Settlement Fund.

8. Pursuant to this Judgment, upon the Effective Date, Defendants and Defendants' counsel, on behalf of itself or themselves and its or their heirs, executors, administrators, successors and assigns, in their respective capacities as such, shall have fully, finally, and forever released, relinquished, and discharged each and every one of Defendants' Released Claims against Lead Plaintiff, each Class Member and Plaintiff's Counsel.

9. The distribution of the Notice and the publication of the Summary Notice as provided for in the Preliminary Approval Order constituted the best notice practicable under the circumstances, including individual notice to all Class Members who could be identified through reasonable effort. Said notice provided the best notice practicable under the circumstances of those proceedings and of the matters set forth therein, including the proposed Settlement set forth in the Stipulation, to all Persons entitled to such notice, and said notice fully satisfied the requirements of Federal Rule of Civil Procedure 23, Section 21D(a)(7) of the Securities Exchange Act of 1934 (as amended by the Private Securities Litigation Reform Act of 1995), 15 U.S.C. § 78u-4(a)(7), due process, and any other applicable law.

10. Any plan of allocation submitted by Lead Counsel or any order entered regarding any attorneys' fee and/or expense application shall in no way disturb or affect this Final Judgment and Order of Dismissal with Prejudice and shall be considered separate from this Final Judgment and Order of Dismissal with Prejudice.

11. As set forth in the Stipulation, the Settlement compromises claims that are contested and shall not be deemed an admission by any Settling Party as to the merits of any claim or

3

[PROPOSED] FINAL JUDGMENT
MASTER DOCKET NO. C11-01291JLR

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
12481 HIGH BLUFF DRIVE, SUITE 300
SAN DIEGO, CALIFORNIA 92130-3582
TELEPHONE: (858) 793-0070
FACSIMILE: (858) 793-0323

defense. Neither the Stipulation nor the settlement contained therein, nor any act performed or document executed pursuant to or in furtherance of the Stipulation or the Settlement: (a) is or may be deemed to be or may be used as an admission of, or evidence of, the validity or invalidity of any Released Claim or of any alleged wrongdoing or alleged liability of the Defendants; or (b) is or may be deemed to be or may be used as an admission of, or evidence of, any alleged fault or omission of any of the Defendants in any civil, criminal or administrative proceeding in any court, administrative agency or other tribunal. Any Person may file the Stipulation and/or this Judgment in any action in order to support a defense or counterclaim based on principles of res judicata, collateral estoppel, release, good faith settlement, judgment bar or reduction, or any other theory of claim preclusion or issue preclusion or similar defense or counterclaim.

12.     Without affecting the finality of this Final Judgment and Order of Dismissal with Prejudice in any way, this Court hereby retains continuing jurisdiction over: (a) implementation of the Settlement and any award or distribution of the Settlement Fund, including interest earned thereon; (b) disposition of the Settlement Fund, including without limitation consideration of a plan of allocation; (c) hearing and determining applications for attorneys' fees and expenses in the Litigation; and (d) all parties hereto for the purpose of construing, enforcing and administering the Stipulation and the Settlement therein.

13.     The Court finds that during the course of the Litigation, the Settling Parties and their respective counsel at all times complied with the requirements of Federal Rule of Civil Procedure 11.

14.     In the event that the Settlement does not become effective in accordance with the terms of the Stipulation or the Effective Date does not occur, or in the event that the Settlement Fund, or any portion thereof, is returned to the Defendants, then this Final Judgment and Order of Dismissal with Prejudice shall be rendered null and void to the extent provided by and in accordance with the Stipulation and shall be vacated and, in such event, all orders entered and

[PROPOSED] FINAL JUDGMENT
MASTER DOCKET NO. C11-01291JLR

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
12481 HIGH BLUFF DRIVE, SUITE 300
SAN DIEGO, CALIFORNIA 92130-3582
TELEPHONE: (858) 793-0070
FACSIMILE: (858) 793-0323

1    releases delivered in connection herewith shall be null and void to the extent provided by and in

2    accordance with the Stipulation.

3         15.    There is no just reason for delay in the entry of this Judgment and immediate entry

4    by the Clerk of the Court is expressly directed.

5         IT IS SO ORDERED.

6

7    DATED: _August 2, 2013_

8                                                HONORABLE JAMES L. ROBART
                                                 UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                         5

[PROPOSED] FINAL JUDGMENT                       BERNSTEIN LITOWITZ BERGER &
MASTER DOCKET NO. C11-01291JLR                          GROSSMANN LLP
                                                12481 HIGH BLUFF DRIVE, SUITE 300
                                                SAN DIEGO, CALIFORNIA 92130-3582
                                                  TELEPHONE:  (858) 793-0070
                                                  FACSIMILE:  (858) 793-0323

## **EXHIBIT 1**

### **Requests for Exclusion**

1. Gerald A. Sharp

2. Rhea J. Rubin & Lawrence Berman

3. Stephanie D. Piazza & David J. Piazza

4. Marcus E. North & Joanne R. North

5. Thomas Ralph Tix

6. Frank A. Farano

7. Dr. Christoph Bölling

8. Jimmy M. Conant

9. Barbara & William Detrick, Individually and as Trustees of the Detrick Family Living Trust

10. Michael W. Hendry

11. Caroline & Kenneth Hoffmann

12. Joyce M. Johnson

13. Brian K. Johnson

14. Kenneth R. Johnson

15. Dr. Ruby Kochhar

16. Kochhar Cancer Research Foundation

17. Lina Chand-Miller & Richard B. Miller, Individually and as Trustees of the Miller Family Trust

18. Janet Willey Noone

19. Margaret Palmer & Brian Palmer (deceased)

20. John R. Piotti, Individually and as Trustee of the John Robert Piotti Revocable Trust

21. Kenneth Sawyer

22. Mario S. Sette

6

[PROPOSED] FINAL JUDGMENT
MASTER DOCKET NO. C11-01291JLR

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
12481 HIGH BLUFF DRIVE, SUITE 300
SAN DIEGO, CALIFORNIA 92130-3582
TELEPHONE: (858) 793-0070
FACSIMILE: (858) 793-0323

1   23.   Jennifer Tolarba

2   24.   Carl M. Nelson

3   25.   Nilesh N. Sutaria

4   26.   Tova Marie Shergold

5   27.   James A. Muchka

6   28.   Joseph Gottesman

7   29.   Candy & Jim Wong

8   30.   Anton George Florian & Sue Anne Corbet Florian

9   31.   Charles Clator

10  32.   Karen Clator

11  33.   Bruce A. DeCourcy

12  34.   Monica A. Albano

13  35.   Jacqueline Delauro

14  36.   John F. Washington

15  37.   Salvatore Malatino

16

17

18

19

20

21

22

23

24

25

26

7

[PROPOSED] FINAL JUDGMENT
MASTER DOCKET NO. C11-01291JLR

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
12481 HIGH BLUFF DRIVE, SUITE 300
SAN DIEGO, CALIFORNIA 92130-3582
TELEPHONE:  (858) 793-0070
FACSIMILE:  (858) 793-0323

1    Presented by:

2    BERNSTEIN LITOWITZ BERGER
           & GROSSMANN LLP
3

4            *s/ Blair A. Nicholas*
           BLAIR A. NICHOLAS
5

6    BLAIR A. NICHOLAS
     NIKI L. MENDOZA
7    DAVID KAPLAN
     JONATHAN USLANER
8    12481 High Bluff Drive, Suite 300
     San Diego, CA 92130
9    Tel:  (858) 793-0070
     Fax:  (858) 793-0323
10   Email: blairn@blbglaw.com
              nikim@blbglaw.com
11            davidk@blbglaw.com
              jonathanu@blbglaw.com
12

13   *Lead Counsel for Lead Plaintiff*
     *and the Class*
14

15   KELLER ROHRBACK L.L.P.

16
     JULI E. FARRIS, #17593
17   DEREK W. LOESER #24274
     ELIZABETH A. LELAND, #23433
18   1201 Third Avenue, Suite 3200
     Seattle, WA 98101
19   Tel:  (206) 623-1900
     Fax:  (206) 623-3384
20   Email: jfarris@kellerrohrback.com
              dloeser@kellerrohrback.com
21            bleland@kellerrohrback.com
22
     *Liaison Counsel for the Class*
23

24

25

26

8

[PROPOSED] FINAL JUDGMENT
MASTER DOCKET NO. C11-01291JLR

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
12481 HIGH BLUFF DRIVE, SUITE 300
SAN DIEGO, CALIFORNIA 92130-3582
TELEPHONE:  (858) 793-0070
FACSIMILE:  (858) 793-0323