Case 2:11-cv-01291-JLR Document 113-1 Filed 06/20/14 Page 1 of 6

The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re DENDREON CORPORATION CLASS ACTION LITIGATION | MASTER DOCKET NO. C11-01291JLR<br><br>(Consolidated with Nos. C11-1294JLR and C11-1568JLR) |
| This Document Relates To:<br><br>ALL ACTIONS | **CLASS ACTION**<br><br>**~~[PROPOSED]~~ ORDER APPROVING DISTRIBUTION PLAN** |

JLR



BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
12481 HIGH BLUFF DRIVE, SUITE 300
SAN DIEGO, CA 92130
TELEPHONE: (858) 793-0070
FACSIMILE: (858-793-0323

Lead Plaintiff, on notice to Defendants' Counsel, moved this Court for an order approving a distribution plan for the Net Settlement Fund in the above-captioned class action (the "Action"), and the Court having considered all the materials and arguments submitted in support of the motion, including the Declaration of Jennifer M. Keough in Support of Lead Plaintiff's Motion for Approval of Distribution Plan (the "Keough Declaration") and Lead Plaintiff's Notice of Motion and Motion for Approval of Distribution Plan and Memorandum of Points and Authorities in Support Thereof.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. This Order incorporates by reference the definitions in the Stipulation of Settlement dated as of April 24, 2013 (ECF No. 97) (the "Stipulation") and the Keough Declaration and all terms used herein shall have the same meanings as set forth in the Stipulation or in the Keough Declaration.

2. This Court has jurisdiction over the subject matter of the Action and over all parties to the Action, including all Class Members.

3. Lead Plaintiff's plan for distribution of the Net Settlement Fund to Authorized Claimants is APPROVED. Accordingly,

(a) The administrative recommendations of the Court-approved Claims Administrator, The Garden City Group, Inc. ("GCG"), to accept the Timely Eligible Claims set forth in Exhibit B-1 to the Keough Declaration and the Late, But Otherwise Eligible, Claims set forth in Exhibit B-2 to the Keough Declaration, are adopted;

(b) The Claims Administrator's administrative recommendations to reject wholly ineligible Claims, as set forth in Exhibit B-3 to the Keough Declaration, are adopted;

(c) GCG is directed to distribute 100% of the available balance of the Net Settlement Fund, after deducting the payments previously allowed and approved





BERNSTEIN LITOWITZ
BERGER & GROSSMANN LLP
12481 HIGH BLUFF DRIVE, SUITE 300
SAN DIEGO, CA 92130
TELEPHONE: (858) 793-0070
FACSIMILE: (858-793-0323

herein, and after deducting payment of any estimated taxes, the costs of preparing appropriate tax returns, and any escrow fees, to the Authorized Claimants whose *pro rata* share of the Net Settlement Fund, as set forth in the Court-approved Plan of Allocation, is at least $10.00, as further detailed in paragraphs 34 and 36.a. of the Keough Declaration (the "Initial Distribution");

(d) In order to encourage Authorized Claimants to promptly cash their payments, all Initial Distribution checks shall bear the following notation: "CASH PROMPTLY, VOID AND SUBJECT TO RE-DISTRIBUTION IF NOT CASHED 90 DAYS AFTER ISSUE DATE." Lead Counsel and GCG are authorized to take appropriate action to locate and/or contact any Authorized Claimant who has not cashed his, her, or its check within said time as detailed in footnote 3 of the Keough Declaration;

(e) Authorized Claimants who do not negotiate their Initial Distribution checks within the time allotted or on the conditions set forth in footnote 3 of the Keough Declaration shall irrevocably forfeit all recovery from the Settlement, and the funds allocated to all such stale-dated checks shall be available to be distributed to other Authorized Claimants in the Second Distribution. Similarly, Authorized Claimants who do not negotiate subsequent distributions within the time allotted or on the conditions set forth in footnote 3 of the Keough Declaration will irrevocably forfeit any further recovery from the Net Settlement Fund;

(f) After GCG has made reasonable and diligent efforts to have Authorized Claimants cash their Initial Distribution checks (as set forth in footnote 3 of the Keough Declaration), but no earlier than one (1) year after the Initial Distribution, GCG shall conduct a second distribution of the Net Settlement Fund (the "Second Distribution"), pursuant to which any amounts remaining in





BERNSTEIN LITOWITZ
BERGER & GROSSMANN LLP
12481 HIGH BLUFF DRIVE, SUITE 300
SAN DIEGO, CA 92130
TELEPHONE: (858) 793-0070
FACSIMILE: (858-793-0323

the Net Settlement Fund after the Initial Distribution, after deducting GCG's fees and expenses incurred in connection with administering the Settlement for which it has not yet been paid (including the estimated costs of such Second Distribution), and after the payment of any estimated taxes, the costs of preparing appropriate tax returns, and any escrow fees, shall be redistributed to all Authorized Claimants from the Initial Distribution who (1) cashed their distribution payment and (2) are entitled to at least $10.00 from the redistribution based on their *pro rata* share of the remaining funds;

(g) In order to allow a final distribution of any funds remaining in the Net Settlement Fund after completion of the Second Distribution, whether by reason of returned funds, tax refunds, interest, uncashed checks, or otherwise:

(1) If cost effective, not less than six (6) months after the Second Distribution is conducted, GCG shall conduct a further distribution of the Net Settlement Fund, pursuant to which all funds remaining in the Net Settlement Fund, after deducting GCG's unpaid fees and expenses incurred or to be incurred in connection with administering the Net Settlement Fund (including the estimated costs of such distribution), and after the payment of any estimated taxes, the costs of preparing appropriate tax returns, and any escrow fees, shall be distributed to Authorized Claimants who cashed their most recent distribution checks and who would receive at least $10.00 in such further distribution. Additional redistributions, after deduction of costs and expenses as described above and subject to the same conditions, may occur thereafter in six-month intervals until Lead Counsel, in consultation with GCG, determines that further redistribution is not cost-effective.



BERNSTEIN LITOWITZ
BERGER & GROSSMANN LLP
12481 HIGH BLUFF DRIVE, SUITE 300
SAN DIEGO, CA 92130
TELEPHONE: (858) 793-0070
FACSIMILE: (858-793-0323

(2) At such time as Lead Counsel, in consultation with GCG, determines that further redistribution of the funds remaining in the Net Settlement Fund is not cost-effective, any otherwise valid Claims received after June 18, 2014, or adjusted after June 18, 2014, will be paid in accordance with subparagraph (h) below. If any funds shall remain in the Net Settlement Fund after payment of such late or late adjusted Claims, the remaining balance of the Net Settlement Fund, after payment of any unpaid fees or expenses incurred in connection with administering the Net Settlement Fund and after the payment of any estimated taxes, the costs of preparing appropriate tax returns, and any escrow fees, shall be donated to an appropriate 503(c) charity proposed by Lead Plaintiff subject to approval by the Court.

(h) No further Claims may be accepted after June 18, 2014, and no further adjustments to Claims may be made for any reason after June 18, 2014, subject to the following exception. If Claims are received or modified after that date that would have been eligible for payment or additional payment under the Court-approved Plan of Allocation if they had been timely received, then, at the time that Lead Counsel, in consultation with GCG, determines that a redistribution is not cost effective as provided in subparagraph (g)(2) above, such Claimants, at the discretion of Lead Counsel, may be paid the distribution amounts or additional distribution amounts on a *pro rata* basis, to the extent funds are available, that would bring them into parity with other Authorized Claimants who have cashed all their prior distribution checks;

(i) All persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the Proofs of Claim submitted herein, or otherwise involved in the administration or taxation of the Settlement Fund or



BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
12481 HIGH BLUFF DRIVE, SUITE 300
SAN DIEGO, CA 92130
TELEPHONE: (858) 793-0070
FACSIMILE: (858-793-0323

the Net Settlement Fund, are hereby released and discharged from any and all claims arising out of such involvement, and all Class Members, whether or not they receive payment from the Net Settlement Fund, are hereby barred from making any further claims against the Net Settlement Fund, Lead Plaintiff, Lead Counsel, the Claims Administrator, the Escrow Agent or any other agent retained by Lead Plaintiff or Lead Counsel in connection with the administration or taxation of the Settlement Fund or the Net Settlement Fund beyond the amount allocated to Authorized Claimants;

(j) All of GCG's fees and expenses incurred in connection with the administration of the Settlement and estimated to be incurred in connection with the Initial Distribution as set forth in Exhibit C to the Keough Declaration are approved, and Lead Counsel is authorized to direct payment of $745,713.06 out of the Settlement Fund to GCG for these fees and expenses; and

(k) Unless otherwise ordered by the Court, one year after the Second Distribution, GCG shall destroy the paper copies of the Proofs of Claim and all supporting documentation, and one year after all funds have been distributed, GCG shall destroy electronic copies of the same.

4. This Court retains jurisdiction to consider any further applications concerning the administration of the Settlement, and such other and further relief as this Court deems appropriate.

IT IS SO ORDERED.

DATED: July 11, 2014

Honorable James L. Robart
United States District Judge





BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
12481 HIGH BLUFF DRIVE, SUITE 300
SAN DIEGO, CA 92130
TELEPHONE: (858) 793-0070
FACSIMILE: (858-793-0323